1110

No. 05–7491.  FEARING ET UX. *v.* SEROR, CHAPTER 7 TRUSTEE. C. A. 9th Cir.  Certiorari denied.

No. 05–7494.  HOUSER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 05–7500.  MCCARTER *v.* VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 05–7503.  CHARLTON *v.* OHIO.  Ct. App. Ohio, Lorain County.  Certiorari denied.

No. 05–7512.  ALLEN *v.* POTTER, POSTMASTER GENERAL, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 05–7522.  LAWLER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–7525.  JOHNSON *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 05–7526.  SCHMANKE *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 05–7533.  BUMPUS *v.* WILEY, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 05–7541.  CHAN *v.* PLILER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 05–7543.  LOGAN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 05–7544.  MALIK *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 05–7546.  MCKEITHAN *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 05–7548.  WHITE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–7549.  WHITLOCK *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.